

THE ATTORNEY GENERAL

OF TEXAS

Gerald C. Mann

ATTORNEY GENERAL

AUSTIN 11, TEXAS

April 13, 1939

Mr. G. M. Mann
County Auditor
Hill County
Hillsboro, Texas

Opinion No. 0-620
Re:  Can the commissioners' court
purchase kitchen equipment for the
use of the county home demonstra-
tion agent?

Dear Sir:

　　　　Your letter of April 12, 1939, in which you ask if
the Commissioners' Court of a county has authority to purchase
kitchen equipment for the use of the county home demonstration
agent, has been received.

　　　　Your attention is directed to Article 164, Revised
Civil Statutes, which reads as follows:

　　　　"The Commissioners' Court of any county of
this state is authorized to establish and conduct
co-operative demonstration work in Agriculture and
Home Economics in co-operation with the Agricul-
tural and Mechanical College of Texas, upon such
terms and conditions as may be agreed upon by the
Commissioners' Court and the Agents of the Agri-
cultural and Mechanical College of Texas; and may
employ such means, and may appropriate and expend
such sums of money as may be necessary to effec-
tively establish and carry on such demonstration
work in Agriculture and Home Economics in their
respective counties."

　　　　You see from the above statute that the Legislature
has provided that in order to conduct co-operative demonstra-
tion work in Agriculture and Home Economics, the Commissioners'
Court is given the power to employ such means and to appropriate
and expend such sums of money as may be necessary to effectively
establish and carry on such work.  This act has given broad
power to the Commissioners' Court, and leaves their decision
final on the question as to what is necessary to carry on this
work.

　　　　Therefore, it is our opinion that if the Commission-
ers' Court, in its discretion, deems it necessary to purchase

kitchen equipment for the use of the county demonstration agent, it is within their power to do so.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By /s/ W. P. Watts
W. P. Watts, Assistant

APPROVED:
/s/ Gerald C. Mann
ATTORNEY GENERAL OF TEXAS

WPW:AW:wb